Manufacturers Trust Company, Respondent, v. Michael Greenberg

Appellant.— Order reversed and the matter referred to an official referee to determine whether or not defendant was served with the summons in the action. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.